```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  JEFFREY SCHLIEVERT,            )   1:04-06707 REC TAG
                                   )
12               Plaintiff,        )
                                   )   STIPULATION AND ORDER
13         v.                      )   FOR REMAND PURSUANT TO
                                   )   SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,           )   § 405(g), and
    Commissioner of Social         )
15  Security,                      )   REQUEST FOR ENTRY OF JUDGMENT
                                   )
16               Defendant.        )
    _____)
17
```

18    IT IS HEREBY STIPULATED, by and between the parties, through
19 their respective counsel of record, that this action be remanded
20 to the Commissioner of Social Security for further administrative
21 action pursuant to section 205(g) of the Social Security Act, as
22 amended, 42 U.S.C. § 405(g), sentence four.
23    On remand, the Appeals Council will direct an Administrative
24 Law Judge to take the following action:
25    1.  Reassess Dr. Heinle's opinion;
26    2.  Reassess Plaintiff's residual functional capacity; and
27    3.  Obtain supplemental vocational expert testimony, if
28 warranted.

```
                                    Respectfully submitted,



Dated: July 12, 2005                /s/ Gina M. Fazio
                                    (as authorized by facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: July 12 , 2005               McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 15, 2005                    /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE
```